**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

TYRONE COOK,                    :   No. 132 EAL 2018

         Petitioner         :

                                 :   Petition for Allowance of Appeal from

                                 :   the Order of the Superior Court

         v.                      :

                                 :

MARC GELMAN, ESQUIRE AND     :
JENNINGS AND SIGMOND, P.C.,     :

                                 :

         Respondents       :


## <u>ORDER</u>


**PER CURIAM**

       **AND NOW**, this 20th day of August, 2018, the Petition for Allowance of Appeal is

**DENIED**.